UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

___ Priority
✓ Send
___ Clsd
___ Enter
___ JS-5/JS-6
___ JS-2/JS-3

CIVIL MINUTES-GENERAL

CASE NO. CV 02-04437-NM(PJWx)          Date   6/6/02

TITLE:  Jason Greenwald -v- County of Santa Barbara, et al

PRESENT:

HON. NORA M. MANELLA JUDGE

Judith Hurley                              N/A
Deputy Clerk                          Court Reporter

ATTORNEY FOR PLAINTIFF          ATTORNEY FOR DEFENDANT

N/A                                    N/A

PROCEEDINGS: IN CHAMBERS

Counsel are notified that the above-entitled action has been recently assigned to this Court. The correct number for this case is now CV 02-04437-NM(PJWx). All subsequent documents filed with the court must reflect this case number. All documents must be in Times Roman 14 font, pursuant to Local Rule 11-3.1.1. Judge Manella is located in Courtroom 11, Spring Street Level, 312 N. Spring St., Los Angeles, Ca. A copy of this Court's Standing Order is enclosed.



cc: Counsel of Record

MINUTES FORM 11                     Initials of Deputy Clerk
CIVIL-GEN