UNITED STATES DISTRICT COURT     PRIORITY
CENTRAL DISTRICT OF CALIFORNIA     SEND

CIVIL MINUTES - GENERAL

Case No. CV 02-04437-NM(PJWx)     Date 10/18/02

Title Jason Greenwald -v- County of Santa Barbara

**PRESENT:**

HON. __NORA M. MANELLA__, JUDGE

| Judith Hurley | None Present |
|---|---|
| Deputy Clerk | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFF(S)**     **ATTORNEYS PRESENT FOR DEFENDANT(S)**
None Present                                         None Present

**PROCEEDINGS:** ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION

    IT IS ORDERED that counsel show cause in writing not later than __October 25, 2002__ why this action should not be dismissed for lack of prosecution.

    In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.11, <u>NO ORAL ARGUMENT WILL BE HEARD</u> on this matter unless ordered by the Court. The Order to Show Cause will stand submitted upon the filing of plaintiff's response. The Court will consider as a satisfactory response the filing of the following, on or before the date shown above.

_____ Proof of service of summons and complaint on <u>ALL</u> defendants.

__X__ Defendant's answer, or plaintiff's request for entry of default.

_____ Plaintiff's filing of a motion for entry of default judgment, or request to the Clerk to enter default judgment.

FAILURE TO FILE A TIMELY RESPONSE IS DEEMED CONSENT TO THE DISMISSAL WITHOUT PREJUDICE OF THE ACTION AS PROPOSED HEREIN.

cc: Counsel of record

MINUTES FORM 11
CIVIL-GEN

ENTER    Initials of Deputy Clerk __jh__

OCT 21 2002

9