PSEND

FILED "BY FAX

2002 OCT 24 PM 3:25

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| JASON GREENWALD | CASE NUMBER: |
|---|---|
| | 02-4437-NM PJWx |
| Plaintiff(s) | |
| v. | **NOTICE OF DISMISSAL BY PLAINTIFF** |
| COUNTY OF SANTA BARBARA, ET AL. | Rule 41(a)(1) F.R.Civ.P. |
| Defendant(s) | |

**PLEASE TAKE NOTICE:**

☒ The above-entitled action is

   *or*

☐ Defendant(s)

                                             are

hereby dismissed by the plaintiff(s), pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated: 09/27/02

Plaintiff / Attorney for Plaintiff

ENTER ON ICMS

OCT 25 2002

THIS NOTICE MAY BE FILED AT ANY TIME BEFORE SERVICE
BY THE ADVERSE PARTY OF AN ANSWER OR OF A MOTION
FOR SUMMARY JUDGMENT, WHICHEVER FIRST OCCURS.

Docketed
Copies / NTC Sent
___ JS - 5 / JS - 6
___ JS - 2 / JS - 3
___ CLSD

**NOTICE OF DISMISSAL BY PLAINTIFF**
(Rule 41(a)(1), F.R.Civ.P.)

CV-09 (01/01)

CLSD ___
JS - 2 / JS - 3 ___
JS - 5 / JS - 6 ___
Copies / NTC Sent ___
Docketed ___

10